IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAY BRODSKY, <br><br> *Plaintiff*, <br><br> v. <br><br> CAMPBELL SOUP COMPANY D/B/A PEPPERIDGE FARM, INC., <br><br> *Defendant*. | Civil Case No. 1:24-cv-00206-RDA-LRV |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jay Brodsky, *pro se*, ("Plaintiff") and Defendant "Campbell Soup Company d/b/a Pepperidge Farm, Inc."[1] ("Defendant"), by counsel, hereby stipulate to the voluntary dismissal of this action in its entirety, with prejudice, and with each party is to bear his or its own fees and costs.

No monetary consideration was exchanged for the entry of this stipulation, but Defendant waives its right to pursue its attorneys' fees and costs from Plaintiff.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Joint Stipulation of Dismissal is signed on behalf of all parties who have appeared in this action.

---

[1]   Pepperidge Farm is incorrectly identified in the Complaint as a "d/b/a" for Campbell Soup Company.  Campbell Soup Company and Pepperidge Farm are distinct entities.

| | |
|---|---|
| By: _____<br>Jay Brodsky<br>7911 Westpark Drive<br>#1429<br>McLean, Virginia 22102<br>legallyblind419@gmail.com<br>*Pro Se Plaintiff* | By: */s/ John E. Thomas, Jr.*<br>John E. Thomas, Jr. (VSB No. 81013)<br>**McGuireWoods LLP**<br>1750 Tysons Boulevard, Suite 1800<br>Tysons, Virginia 22102<br>T: (703) 712-5407<br>F: (703) 712-5217<br>jethomas@mcguirewoods.com<br>*Counsel for Defendant Campbell Soup Company and Pepperidge Farm, Incorporated* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was sent via electronic mail and first-class mail, postage prepaid to:

>Jay Brodsky
>7911 Westpark Drive
>#1429
>McLean, VA 22102
>legallyblind419@gmail.com
>*Pro Se Plaintiff*

>*/s/ John E. Thomas, Jr.*
>John E. Thomas, Jr. (VSB No. 81013)
>*Counsel for Defendant Campbell Soup Company and Pepperidge Farm, Incorporated*
>**McGuireWoods LLP**
>1750 Tysons Boulevard, Suite 1800
>Tysons, VA 22102
>T: (703) 712-5407
>F: (703) 712-5217
>jethomas@mcguirewoods.com

185465289_1