IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAY BRODSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-206 (RDA/LRV) |
| ) | |
| CAMPBELL SOUP COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 3. Accordingly, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the instant action is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to Plaintiff, who is proceeding *pro se*, and to counsel of record for Defendant. The Clerk is further directed to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
February 21, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge